# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludington, Thomas L. | U.S. District Court MI (Eastern) | 05/03/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
1000 Washington Ave
Bay City, MI
48708

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | R. M. Gerstacker Foundation |
| 2. | Trustee | Albion College |
| 3. | President & Director | ▓▓▓▓ Family Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Michigan Judges Retirement Services | $38,807.00 |
| 2. 2017 | Michigan County Employees Pension Fund | $6,296.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chemical Bank & Trust checking & savings | A | Interest | K | T | | | | | |
| 2. Dow Chemical Employees Credit Union | A | Interest | L | T | | | | | |
| 3. TD Ameritrade Money Market | A | Interest | M | T | | | | | |
| 4. Merrill Lynch Money Market | A | Interest | L | T | | | | | |
| 5. Amgen Stock | A | Dividend | J | T | | | | | |
| 6. Laboratory CP American Hldg | | None | J | T | | | | | |
| 7. Blackrock Global Stock Fund | B | Dividend | M | T | | | | | |
| 8. | C | Distribution | M | T | | | | | |
| 9. IBM Stock | B | Dividend | K | T | | | | | |
| 10. Quest Diagnostics Stock | A | Dividend | K | T | Sold (part) | 02/03/17 | K | | |
| 11. Fidelity Contrafund Pool KKL 401K | | None | | | Sold | 10/31/17 | L | E | |
| 12. Interest Income Fund KKL 401K | D | Int./Div. | N | T | | | | | |
| 13. Vanguard Convertible See KKL 401K | B | Int./Div. | K | T | | | | | |
| 14. Am Cent US Real Estate KKL 401K | | None | K | T | | | | | |
| 15. Fidelity Contrafund Pool Cl 2 KKL 401K | | None | L | T | Buy | 10/31/17 | L | | |
| 16. SSga Stable Value-State of Michigan 457 Plan (TLL) | | None | K | T | | | | | |
| 17. PIMCO Total Return-State of Michigan 457 (TLL) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dodge & Cox Stock State of Michigan 457 Plan (TLL) | | None | J | T | | | | | |
| 19. SSga Stable Value State of Michigan 401K Plan (TLL) | | None | M | T | | | | | |
| 20. SSgaCash Series Treasury State of MI 401K (TLL) | | None | J | T | | | | | |
| 21. PIMCO Total Return State of MI 401K plan (TLL) | | None | L | T | | | | | |
| 22. Dodge & Cox Stock-St of MI 401K (TLL) | | None | L | T | | | | | |
| 23. Ridge Worth Funds-St of MI 401K (TLL) | | None | K | T | | | | | |
| 24. American Funds Europacific Gr-St of MI 401K (TLL) | B | Dividend | K | T | | | | | |
| 25. Artisan Mid Cap-St of MI 401K (TLL) | | None | K | T | | | | | |
| 26. TRP Is Mid Cap KKL 401K | D | Int./Div. | M | T | | | | | |
| 27. Vanguard Dev Mkt IndexIP KKL 401K | B | Int./Div. | L | T | | | | | |
| 28. MTL Insurance Co (ordinary) Life Policy (TLL) | | None | K | T | | | | | |
| 29. Trust Mark (ordinary) Life Policy (TLL) | | None | L | T | | | | | |
| 30. Indianapolis (ordinary) Life Policy | | None | K | T | | | | | |
| 31. Apple Inc | A | Dividend | K | T | | | | | |
| 32. Hennessy Gas Utilities Index Fund | A | Dividend | K | T | Buy (add'l) | 08/15/17 | J | | |
| 33. Fidelity Select Portfolio Fund | A | Dividend | K | T | | | | | |
| 34. Church & Dwight | A | Dividend | | | Sold | 12/13/17 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dollar Tree Stores Inc | | None | J | T | | | | | |
| 36. Buffalo Wild Wings | | None | | | Sold | 04/11/17 | J | D | |
| 37. Western Refining | A | Dividend | | | Merged (with line 38) | 06/01/17 | J | | |
| 38. Andeavor | A | Dividend | | | Sold | 12/13/17 | J | A | |
| 39. Ross Stores, Inc | A | Dividend | J | T | | | | | |
| 40. Shire PLC | A | Dividend | J | T | | | | | |
| 41. Johnson & Johnson | A | Dividend | J | T | Sold (part) | 04/11/17 | J | A | |
| 42. Taiwan Semiconductor | A | Dividend | K | T | Sold (part) | 04/11/17 | J | B | |
| 43. | | None | K | T | Sold (part) | 08/15/17 | J | A | |
| 44. SPDR DJ Intl Real Estate ETF | A | Dividend | | | Sold | 12/13/17 | K | B | |
| 45. MFS Intl New Discovery A Fund | A | Dividend | K | T | Buy (add'l) | 12/13/17 | J | | |
| 46. T Price Media & Tele Fund | A | Dividend | L | T | Buy (add'l) | 04/11/17 | J | | |
| 47. | B | Distribution | L | T | | | | | |
| 48. National Health Investors | A | Dividend | J | T | Buy (add'l) | 08/15/17 | J | | |
| 49. EQT Midstream Partners | A | Dividend | J | T | Sold (part) | 04/11/17 | J | A | |
| 50. C & S Realty Fund | A | Dividend | J | T | | | | | |
| 51. | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Magellan Midstream Partners | A | Dividend | J | T | Sold (part) | 04/11/17 | J | A | |
| 53. Spectra Energy Partners | A | Dividend | J | T | Sold (part) | 04/11/17 | K | B | |
| 54. | | None | J | T | Buy (add'l) | 04/11/17 | J | | |
| 55. Life Storage Corp | A | Dividend | | | Sold | 08/15/17 | J | | |
| 56. Auto Zone | | None | J | T | | | | | |
| 57. PowerShares Pharma ETF | A | Dividend | J | T | Sold (part) | 04/11/17 | J | B | |
| 58. SPDR Utilities ETF | A | Dividend | K | T | Sold (part) | 04/11/17 | J | B | |
| 59. | | None | K | T | Buy (add'l) | 08/15/17 | J | | |
| 60. | | None | K | T | Sold (part) | 12/13/17 | J | B | |
| 61. PowerShares QQQ ETF | A | Dividend | K | T | Buy (add'l) | 08/15/17 | J | | |
| 62. | | None | K | T | Sold (part) | 12/13/17 | J | C | |
| 63. Tritan International | A | Distribution | | | Sold | 04/11/17 | J | | |
| 64. Home Depot | A | Dividend | K | T | | | | | |
| 65. Plains All American Pipeline | A | Dividend | J | T | Sold (part) | 04/11/17 | J | | |
| 66. | | None | J | T | Sold (part) | 12/13/17 | J | | |
| 67. | | None | J | T | Buy (add'l) | 12/13/17 | J | | |
| 68. Simon Property Group | A | Dividend | | | Sold | 08/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Old Dominion Freight Line | A | Dividend | K | T | Sold (part) | 12/13/17 | J | C | |
| 70. PowerShares S&P Small Cap Portfolio | A | Distribution | K | T | Buy (add'l) | 04/11/17 | J | | |
| 71. | | None | K | T | Buy (add'l) | 12/13/17 | J | | |
| 72. Oakmark Intl I Fund | A | Dividend | K | T | | | | | |
| 73. | A | Distribution | K | T | | | | | |
| 74. PowerShares Dyn Energy ETF | A | Dividend | | | Sold | 08/15/17 | K | | |
| 75. American Century Intl Opportunity Fund | A | Dividend | K | T | | | | | |
| 76. | B | Distribution | K | T | | | | | |
| 77. Extra Space Storage | A | Dividend | J | T | Buy | 08/15/17 | J | | |
| 78. T Rowe Price New Horizons Fund | A | Dividend | K | T | Buy (add'l) | 04/11/17 | J | | |
| 79. | C | Distribution | K | T | | | | | |
| 80. Wasatch Int Growth Fund | A | Distribution | K | T | Buy (add'l) | 12/13/17 | J | | |
| 81. Alaska Air Group | A | Dividend | | | Sold | 12/13/17 | J | B | |
| 82. Fidelity Cycl Indust Fund | A | Dividend | K | T | | | | | |
| 83. | A | Distribution | | | | | | | |
| 84. Continental AG | A | Dividend | | | Sold | 08/15/17 | K | | |
| 85. Anheuser Busch | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Energy Index ETF | A | Dividend | | | Sold (part) | 04/11/17 | J | | |
| 87. | | | | | Sold | 08/15/17 | J | | |
| 88. Matthews Pacific Tiger Fund | A | Dividend | K | T | Sold (part) | 08/15/17 | J | A | |
| 89. Camden Property Trust | A | Dividend | J | T | Buy (add'l) | 08/15/17 | J | | |
| 90. AER Cap Holdings | | None | K | T | | | | | |
| 91. EPR Properties | A | Dividend | J | T | | | | | |
| 92. SPDR S&P Hi Yield Div ETF | B | Dividend | K | T | Buy (add'l) | 04/11/17 | J | | |
| 93. | A | Distribution | K | T | Buy (add'l) | 08/15/17 | J | | |
| 94. Vanguard S&P 500 ETF | A | Dividend | K | T | Buy (add'l) | 04/11/17 | J | | |
| 95. | | None | K | T | Buy (add'l) | 08/15/17 | J | | |
| 96. | | None | K | T | Sold (part) | 12/13/17 | J | A | |
| 97. PowerShares Property & Casualty Ins ETF | A | Dividend | K | T | Buy (add'l) | 04/11/17 | J | | |
| 98. | | None | K | T | Buy (add'l) | 08/15/17 | J | | |
| 99. RMB Financial Services Fund | A | Dividend | K | T | Buy (add'l) | 04/11/17 | J | | |
| 100. | B | Distribution | K | T | Buy (add'l) | 08/15/17 | J | | |
| 101. PowerShares Sm Cap Health ETF | | None | K | T | Sold (part) | 04/11/17 | J | A | |
| 102. | | None | K | T | Buy (add'l) | 08/15/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Sherwin Williams Co stock | A | Dividend | K | T | Sold (part) | 12/13/17 | J | A | |
| 104. Snap-On Inc stock | A | Dividend | K | T | | | | | |
| 105. FMI International Fund | A | Dividend | K | T | Sold (part) | 08/15/17 | J | A | |
| 106. | A | Distribution | K | T | Sold (part) | 12/13/17 | J | B | |
| 107. Vanguard Spc Health Fund | A | Dividend | J | T | Buy | 04/14/17 | J | | |
| 108. NVR Inc stock | | None | L | T | Buy | 04/11/17 | J | | |
| 109. | | None | L | T | Buy (add'l) | 08/15/17 | J | | |
| 110. | | None | L | T | Buy (add'l) | 12/13/17 | K | | |
| 111. Carillon Eagle Mid Cap Fund | | None | K | T | Buy | 12/13/17 | K | | |
| 112. FedEx Corp stock | | None | K | T | Buy | 12/13/17 | K | | |
| 113. Magna Intl | A | Dividend | K | T | Buy | 08/15/17 | K | | |
| 114. Burien, WA Bond 12/1/2020 | A | Interest | K | T | | | | | |
| 115. Lehman Bond Escrow 01/18/12 | A | Dividend | K | T | | | | | |
| 116. Connecticut State Bond 12/1/2020 | A | Interest | K | T | | | | | |
| 117. Gastonia, NC Bond 4/1/2020 | A | Interest | J | T | | | | | |
| 118. Griffith, IN Bond 7/5/2020 | A | Interest | J | T | | | | | |
| 119. Hempstead, NY Bond 7/15/2020 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  New York, NY Bond 11/1/2020 | A | Interest | K | T | | | | | |
| 121.  Newark, NJ Bond 4/1/2020 | B | Interest | K | T | | | | | |
| 122.  JP Morgan Chase 6/27/17 Bond | A | Interest | | | Matured | 06/27/17 | J | | |
| 123.  GE Money Bank CD 9/11/17 | A | Interest | | | Matured | 09/11/17 | J | | |
| 124.  GE Money Bank CD 7/24/17 | A | Interest | | | Matured | 07/24/17 | J | | |
| 125.  Goldman Sachs CD 8/22/17 | A | Interest | | | Matured | 08/22/17 | K | | |
| 126.  Deutsche Bank Bond 9/1/17 | A | Interest | | | Matured | 09/01/17 | J | | |
| 127.  Soc Gen Bond 10/12/17 | A | Interest | | | Matured | 10/12/17 | J | | |
| 128.  GE Cap Corp Bond 7/15/17 | B | Interest | | | Matured | 07/15/17 | K | | |
| 129.  Goldman Sachs Bond 9/1/17 | A | Interest | | | Matured | 09/01/17 | J | | |
| 130.  VF Corp Bond 11/01/17 | A | Interest | | | Matured | 11/01/17 | K | | |
| 131.  GE Money Bank CD 9/11/17 | A | Interest | | | Matured | 09/11/17 | J | | |
| 132.  AmMuni Pwr Bond 2/15/18 | A | Interest | K | T | | | | | |
| 133.  Baidu Inc Bond 11/28/17 | A | Interest | | | Matured | 11/28/17 | K | | |
| 134.  New Rochelle, NY Bond 3/15/18 | A | Interest | K | T | | | | | |
| 135.  Baidu Inc Bond 8/6/18 | B | Interest | K | T | | | | | |
| 136.  Northgate, PA Bond 8/15/18 | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Randolph Co, NC Bond 6/1/18 | A | Interest | K | T | | | | | |
| 138. Diageo Cap Bond 10/23/17 | A | Interest | | | Matured | 10/23/17 | J | | |
| 139. Oregon State Bond 1/1/19 | A | Interest | J | T | | | | | |
| 140. El Paso Co, CO Bond 12/1/18 | C | Interest | L | T | | | | | |
| 141. Maine St Bond 11/15/18 | A | Interest | J | T | | | | | |
| 142. Goldman Sachs CD 12/10/19 | A | Interest | K | T | | | | | |
| 143. State Bank of India CD 10/17/19 | A | Interest | K | T | | | | | |
| 144. Decatur, GA Bond 05/01/19 | A | Interest | J | T | | | | | |
| 145. Massachusetts St Bond 12/15/18 | A | Interest | J | T | | | | | |
| 146. Rochester, NY Bond 2/15/17 | A | Interest | | | Matured | 02/15/17 | J | | |
| 147. State Bank of India CD 12/18/18 | A | Interest | J | T | | | | | |
| 148. Univeristy of Houston Bond 2/15/17 | A | Interest | | | Matured | 02/15/17 | J | | |
| 149. Rockdale Co, GA Bond 7/1/19 | A | Interest | K | T | | | | | |
| 150. Salmon River, NY Bond 6/15/20 | A | Interest | K | T | | | | | |
| 151. U of OK Bond 7/1/19 | A | Interest | J | T | | | | | |
| 152. UNC Chapel Hill Bond 8/1/19 | | None | J | T | | | | | |
| 153. Goldman Sachs CD 9/12/17 | A | Interest | | | Matured | 09/12/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Tucson, AZ Bond 1/1/19 | A | Interest | J | T | | | | | |
| 155. Alabama St Bond 9/1/19 | A | Interest | J | T | | | | | |
| 156. Cook Co, IL Bond 12/1/24 callable 12/1/19 | A | Interest | J | T | | | | | |
| 157. Florida St Bond 7/1/21 | A | Interest | J | T | | | | | |
| 158. HSBC Bond 4/5/21 | A | Interest | J | T | | | | | |
| 159. Jackson, MS Bond 5/1/21 | A | Interest | K | T | | | | | |
| 160. Kane McHenry, IL Bond | | None | J | T | | | | | |
| 161. Kentucky St Bond 4/1/19 | A | Interest | J | T | | | | | |
| 162. Los Angeles, Co CA Bond 09/1/21 | A | Interest | J | T | | | | | |
| 163. Los Angeles, CA Bond 11/1/21 | A | Interest | J | T | | | | | |
| 164. Michigan Hsg Auth Bond 10/1/21 | A | Interest | J | T | | | | | |
| 165. MTA of NY Bond 11/15/21 | A | Interest | J | T | | | | | |
| 166. Nashville, Co TN Bond 7/1/21 | A | Interest | J | T | | | | | |
| 167. New Hampshire Bond 9/1/21 | A | Interest | J | T | | | | | |
| 168. Oakland, CA Bond 12/15/21 | | None | J | T | | | | | |
| 169. Pennsylvania St Bond 7/15/21, callable 7/15/20 | A | Interest | J | T | | | | | |
| 170. San Mateo, CA Bond 8/1/21 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. American Express CD 09/06/22 | | None | K | T | Buy | 08/29/17 | K | | |
| 172. Connecticut St Bond 11/1/20 | A | Interest | J | T | Buy | 01/18/17 | J | | |
| 173. Fullerton, CA Bond 09/01/20 | A | Interest | J | T | Buy | 01/13/17 | J | | |
| 174. Georgia St Bond 01/01/21 | A | Interest | J | T | Buy | 03/23/17 | J | | |
| 175. Iowa Student, IA Bond 12/1/22 | A | Interest | J | T | Buy | 09/13/17 | J | | |
| 176. Iowa Student, IA Bond 12/1/22 | A | Interest | J | T | Buy | 09/20/17 | J | | |
| 177. Metro, NY Transit Bond 11/15/22 | A | Interest | K | T | Buy | 04/20/17 | K | | |
| 178. New York, NY Bond 11/1/21 | A | Interest | J | T | Buy | 02/22/17 | J | | |
| 179. Oneida Co, NY Bond 08/1/22 | | None | J | T | Buy | 08/28/17 | J | | |
| 180. Palm Beach, FL Bond 11/1/22 | A | Interest | J | T | Buy | 10/23/17 | J | | |
| 181. Passaic Co NJ Bond 4/1/21 | A | Interest | J | T | Buy | 02/17/17 | J | | |
| 182. Pembroke Pines, FL Bond 10/1/22 | A | Interest | L | T | Buy | 08/18/17 | L | | |
| 183. Purdue University Bond 7/1/31, Pre-refunded 7/1/19 | A | Interest | J | T | Buy | 04/24/17 | J | | |
| 184. Chemcial Bank Savings (FBO#1) (Y) | | None | | | | | | | |
| 185. TD Ameritrade Money Market (FBO #1) | A | Interest | | | Closed | 12/22/17 | K | | |
| 186. Merrill Lynch Trust (FBO #1) | A | Interest | K | T | Open | 05/26/17 | K | | |
| 187. MFS Intl New Disc A Fund (FBO#1) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. T Price Media & Tele Fund (FBO#1) | A | Dividend | J | T | Buy (add'l) | 10/25/17 | J | | |
| 189. Alerian Infrastructure Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 190. Magellan Midstream Partners (FBO#1) | A | Dividend | J | T | | | | | |
| 191. SPDR Utilites ETF (FBO#1) | A | Dividend | J | T | Sold (part) | 10/11/17 | J | A | |
| 192. Avalon Bay Comm Inc (FBO#1) | A | Dividend | J | T | | | | | |
| 193. MI Ed Savgs Plan Moderate Age-Based 18 FBO #2No Control | | None | L | T | Distributed (part) | 02/06/17 | K | | |
| 194. | | None | L | T | Distributed (part) | 08/21/17 | J | | |
| 195. MI Ed Savings Plan 100% Equity Opt (FBO#2)No control | | None | J | T | Distributed (part) | 08/21/17 | J | | |
| 196. Georgia State Bond 10/1/2020(FBO#1) | A | Interest | K | T | | | | | |
| 197. Connecticut State Bond 11/1/2020(FBO#1) | A | Interest | J | T | | | | | |
| 198. Goldman Sachs CD 8/22/17 (FBO #1) | A | Interest | | | Matured | 08/22/17 | K | | |
| 199. Orix Corp Bond 3/9/17 (FBO #1) | A | Interest | | | Matured | 03/09/17 | J | | |
| 200. New Rochelle, NY Bond 3/15/18 (FBO #1) | A | Interest | K | T | | | | | |
| 201. El Paso Co, CO Bond 12/1/18 (FBO #1) | A | Interest | K | T | | | | | |
| 202. Jersey City, NJ Bond 9/1/17 (FBO #1) | A | Interest | | | Matured | 09/01/17 | J | | |
| 203. Kansas St Bond 7/1/19 (FBO #1) | A | Interest | J | T | | | | | |
| 204. Pennsylvania St Bond 06/1/19 (FBO #1) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  UNC Chapel Hill Bond 8/1/19 (FBO #1) | | None | J | T | | | | | |
| 206.  Washington St Bond 7/1/19 (FBO #1) | A | Interest | J | T | | | | | |
| 207.  Alamo, TX Bond 2/1/21 (FBO #1) | A | Interest | K | T | | | | | |
| 208.  Kern Co, CA Bond 8/15/21 (FBO #1) | | None | J | T | | | | | |
| 209.  Oregon St Bond 6/30/21 (FBO #1) | | None | J | T | | | | | |
| 210.  Cass Co, MO Bond 05/1/20 (FBO #1) | A | Interest | K | T | Buy | 01/04/17 | J | | |
| 211.  American Century Intl Opp Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 212.  Matthews Pacific Tiger Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 213.  AER Cap Holdings (FBO#1) | | None | J | T | | | | | |
| 214.  Continental AG ADR (FBO #1) | A | Dividend | | | Sold | 10/11/17 | J | A | |
| 215.  PowerShares Pharma ETF (FBO #1) | A | Dividend | J | T | Sold (part) | 10/11/17 | J | B | |
| 216.  Ross Stores Inc (FBO #1) | A | Dividend | J | T | | | | | |
| 217.  Shire PLC (FBO#1) | A | Dividend | J | T | | | | | |
| 218.  Taiwan Semiconductor (FBO#1) | A | Dividend | J | T | | | | | |
| 219.  Triton Intl (FBO #1) | A | Dividend | | | Sold | 10/11/17 | J | B | |
| 220.  SPDR DJ Intl Real Est ETF (FBO #1) | A | Dividend | | | Sold | 10/11/17 | J | | |
| 221.  PowerShares Dyn Energy ETF (FBO #1) | | None | | | Sold | 10/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Fidelity Slct Portfolio Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 223. Oakmark Intl I Fund (FBO #1) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 224. | | None | J | T | Buy (add'l) | 10/25/17 | J | | |
| 225. T Rowe Price New Horizons Fund (FBO #1) | B | Dividend | J | T | | | | | |
| 226. Wasatch Intl Growth Fund (FBO #1) | | None | J | T | | | | | |
| 227. Apple Inc (FBO #1) | A | Dividend | J | T | | | | | |
| 228. Buffalo Wild Wings (FBO #1) | | None | | | Sold | 09/11/17 | J | | |
| 229. Fidelity Cycl Indust Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 230. Anheuser Busch (FBO #1) | A | Dividend | J | T | | | | | |
| 231. Vanguard Energy Index ETF (FBO #1) | A | Dividend | | | Sold | 10/11/17 | J | | |
| 232. Vanguard S&P 500 ETF (FBO #1) | A | Dividend | J | T | Buy (add'l) | 10/25/17 | J | | |
| 233. PowerShares Ppty & Cas Ins ETF (FBO #1) | A | Dividend | J | T | Buy (add'l) | 10/25/17 | J | | |
| 234. PowerShares Sm Cap Health ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 235. Sherwin Williams Co stock (FBO #1) | A | Dividend | J | T | | | | | |
| 236. Vanguard REIT Index ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 237. Alaska Air Group stock (FBO #1) | A | Dividend | | | Sold | 10/11/17 | J | A | |
| 238. PowerShares S&P Small Cap Util ETF (FBO #1) | A | Dividend | J | T | Buy (add'l) | 10/25/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. FMI Intl Fund (FBO #1) (Y) | | None | | | | | | | |
| 240. Vanguard Cons Discretionary ETF (FBO #1) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 241. | | None | J | T | Buy (add'l) | 10/25/17 | J | | |
| 242. FedEx Corp (FBO #1) | | None | J | T | Buy | 08/01/17 | J | | |
| 243. | | None | J | T | Buy (add'l) | 10/25/17 | J | | |
| 244. Chemical Bank Savings (FBO#2) | | None | J | T | | | | | |
| 245. TD Ameritrade Trust (FBO #2) | A | Interest | N | T | | | | | |
| 246. Buffalo Wild Wings Inc (FBO#2) | | None | | | Sold | 04/21/17 | J | C | |
| 247. Ross Stores Inc (FBO#2) | A | Dividend | J | T | | | | | |
| 248. MFS Intl New Disc A Fund (FBO#2) | A | Dividend | J | T | Sold (part) | 12/12/17 | J | A | |
| 249. SPDR DJ Intl Real Estate (FBO#2) | A | Dividend | | | Sold | 12/12/17 | J | A | |
| 250. T Price Media & Tele Fund (FBO#2) | A | Dividend | J | T | Buy (add'l) | 04/21/17 | J | | |
| 251. | A | Distribution | J | T | Sold (part) | 12/12/17 | J | A | |
| 252. AER Cap Holdings(FBO#2) | | None | J | T | | | | | |
| 253. Alerian Infrastructure Fund (FBO#2) | A | Dividend | K | T | Sold (part) | 04/21/17 | J | A | |
| 254. C & S Realty Fund (FBO#2) | A | Dividend | J | T | Buy (add'l) | 04/21/17 | J | | |
| 255. | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Dollar Tree Stores (FBO #2) | | None | J | T | | | | | |
| 257. PowerShares Pharma ETF (FBO #2) | A | Dividend | J | T | Sold (part) | 04/21/17 | J | A | |
| 258. | | None | J | T | Sold (part) | 12/21/17 | J | A | |
| 259. PowerShares QQQ ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 260. Triton International (FBO #2) | A | Dividend | | | Sold | 04/21/17 | J | | |
| 261. PowerShares Dyn Energy ETF (FBO #2) | A | Dividend | | | Sold | 08/14/17 | J | | |
| 262. Oakmark Intl I Fund (FBO #2) | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 263. | A | Distribution | J | T | | | | | |
| 264. Valero Energy Corp (FBO #2) | A | Dividend | | | Sold | 08/14/17 | J | A | |
| 265. American Century Intl Opp Fund (FBO #2) | A | Dividend | J | T | Sold (part) | 12/12/17 | J | A | |
| 266. | A | Distribution | J | T | | | | | |
| 267. Wasatch Intl Growth Fund (FBO #2) | A | Distribution | J | T | Buy (add'l) | 04/21/17 | J | | |
| 268. | | None | J | T | Sold (part) | 12/12/17 | J | A | |
| 269. Alaska Air Group (FBO #2) | A | Dividend | | | Sold (part) | 04/21/17 | J | A | |
| 270. | | None | | | Sold | 12/12/17 | J | A | |
| 271. Apple Inc (FBO #2) | A | Dividend | J | T | | | | | |
| 272. Anheuser Busch (FBO #2) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Vanguard Energy Index ETF (FBO #2) | A | Dividend | | | Sold | 08/14/17 | J | | |
| 274. Vanguard S&P 500 ETF (FBO #2) | A | Dividend | J | T | Buy (add'l) | 04/21/17 | J | | |
| 275. PowerShares Ppty & Cas Ins ETF (FBO #2) | A | Dividend | J | T | Sold (part) | 04/21/17 | J | A | |
| 276. PowerShares Sm Cap Health ETF (FBO #2) | | None | J | T | Buy (add'l) | 04/21/17 | J | | |
| 277. Fidelity Cycl Indust Fund (FBO #2) | A | Dividend | J | T | | | | | |
| 278. | A | Distribution | J | T | | | | | |
| 279. Sherwin Williams Co stock (FBO #2) | A | Dividend | J | T | | | | | |
| 280. PowerShares S&P Small Cap ETF (FBO #2) | A | Dividend | J | T | Buy (add'l) | 04/21/17 | J | | |
| 281. SPDR Utilities ETF (FBO #2) | A | Dividend | J | T | Sold (part) | 04/21/17 | J | A | |
| 282. FMI International (FBO #2) | A | Dividend | J | T | | | | | |
| 283. Taiwan Semiconductor (FBO #2) | A | Dividend | J | T | | | | | |
| 284. Continental AG ADR (FBO #2) | A | Dividend | | | Sold | 08/14/17 | J | A | |
| 285. FedEx Corp (FBO #2) | | None | J | T | Buy | 12/12/17 | J | | |
| 286. Magna Intl stock (FBO #2) | A | Dividend | J | T | Buy | 08/14/17 | J | | |
| 287. Carillon Eagle Mid Cap Growth Fund (FBO #2) | A | Distribution | J | T | Buy | 08/14/17 | J | | |
| 288. Fidelity Select Port Fund (FBO #2) | A | Distribution | J | T | Buy | 04/21/17 | J | | |
| 289. RMB Financial Services Fund (FBO #2) | A | Distribution | J | T | Buy | 04/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. East Whiteland, PA Bond 9/1/17 (FBO #2) | A | Interest | | | Matured | 09/01/17 | K | A | |
| 291. Goldman Sachs 9/1/17 (FBO #2) Bond | A | Interest | | | Matured | 09/01/17 | J | | |
| 292. New Jersey Bond 3/1/18 (FBO #2) | A | Interest | J | T | | | | | |
| 293. Kentucky State Bond 1/1/2020 (FBO #2) | A | Interest | J | T | | | | | |
| 294. Gooding Co, ID Bond 9/15/19 (FBO #2) | A | Interest | J | T | | | | | |
| 295. Harrisburg, PA Bond 04/1/18 (FBO #2) | | None | J | T | | | | | |
| 296. Morgantown, WV Bond 12/1/19 (FBO #2) | A | Interest | J | T | | | | | |
| 297. New York, NY Bond 3/1/19 (FBO #2) | A | Interest | J | T | | | | | |
| 298. Memphis, TN Bond 11/1/21 (FBO #2) | A | Interest | J | T | | | | | |
| 299. Dallas, TX Bond 2/15/20 (FBO #2) | A | Interest | J | T | | | | | |
| 300. Washington, PA Bond 9/1/21 (FBO #2) | A | Interest | K | T | | | | | |
| 301. Atlanta, GA Bond 01/01/22 (FBO #2) | | None | J | T | Buy | 09/08/17 | J | | |
| 302. Colorado HSG Bond 05/01/23 (FBO #2) | | None | J | T | Buy | 12/07/17 | J | | |
| 303. Maine Muni Bond 09/01/21 (FBO #2) | A | Interest | J | T | Buy | 08/14/17 | J | | |
| 304. Oakland, CA Bond 12/15/22 (FBO #2) | | None | J | T | Buy | 09/12/17 | J | | |
| 305. Missouri St Bond 10/01/20 (FBO #2) | A | Interest | J | T | Buy | 01/05/17 | J | | |
| 306. S Carolina St Bond 12/01/22 (FBO #2) | A | Interest | J | T | Buy | 04/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Chemical Bank Thomas Ludington Cust AGY (H) | A | Interest | K | T | | | | | |
| 308. Apple Inc | B | Dividend | M | T | Sold (part) | 02/03/17 | K | E | |
| 309. | | None | M | T | Sold (part) | 08/10/17 | K | D | |
| 310. Bristol-Myers Squibb Co | A | Dividend | J | T | | | | | |
| 311. Celgene Corp Com | | None | K | T | | | | | |
| 312. Conocophillips | A | Dividend | J | T | | | | | |
| 313. Energizer Hldgs Inc | A | Dividend | J | T | | | | | |
| 314. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 315. Ford Motor Co | A | Dividend | | | Sold | 07/14/17 | J | | |
| 316. Intel Corp | A | Dividend | K | T | | | | | |
| 317. Lowes | A | Dividend | J | T | | | | | |
| 318. Schlumberger Ltd | A | Dividend | J | T | | | | | |
| 319. Boeing Co | A | Dividend | K | T | | | | | |
| 320. Walgreens Boots Alliance | A | Dividend | J | T | | | | | |
| 321. Aflac, Inc | A | Dividend | J | T | | | | | |
| 322. Aetna US Healthcare Inc | A | Dividend | L | T | | | | | |
| 323. Boston Properties Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. Clorox Co | A | Dividend | J | T | | | | | |
| 325. PowerShares QQQ Trust | A | Dividend | L | T | | | | | |
| 326. Hcp Inc Com | | None | | | Sold | 01/05/17 | J | | |
| 327. Quality Care Properties | | None | | | Sold | 12/29/17 | J | | |
| 328. Harbor Intl Fund #11 | B | Dividend | | | Sold | 12/29/17 | L | D | |
| 329. | C | Distribution | | | | | | | |
| 330. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 331. Microsoft Corp | B | Dividend | M | T | | | | | |
| 332. Kinder Morgan | | None | | | Sold | 01/05/17 | J | | |
| 333. Nextera Energy Inc | A | Dividend | K | T | | | | | |
| 334. Oppenheimer Intl Growth Fund | A | Dividend | L | T | | | | | |
| 335. PG & E Corp | A | Dividend | J | T | | | | | |
| 336. Pepsi Co | A | Dividend | K | T | | | | | |
| 337. Phillips 66 | A | Dividend | K | T | | | | | |
| 338. Prudential Financial | A | Dividend | K | T | | | | | |
| 339. SPDR Gold Shares ETF | | None | J | T | | | | | |
| 340. Deere & Co | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Disney | A | Dividend | K | T | | | | | |
| 342. Fastenal Co Com | A | Dividend | J | T | | | | | |
| 343. Principal Mid Cap Blend Fund | A | Dividend | K | T | | | | | |
| 344. | B | Distribution | K | T | | | | | |
| 345. Union Pac Corp | A | Dividend | K | T | | | | | |
| 346. Teva Pharmaceutical | A | Dividend | | | Sold | 07/14/17 | J | | |
| 347. Amg Southernson Small Cap Fund | A | Dividend | | | Sold | 07/14/17 | J | | |
| 348. T Rowe Price New Horizons Fund | A | Dividend | J | T | | | | | |
| 349. | A | Distribution | J | T | | | | | |
| 350. Kroger Co | A | Dividend | J | T | | | | | |
| 351. Vanguard Inst Index Fund | B | Dividend | L | T | | | | | |
| 352. | A | Distribution | L | T | | | | | |
| 353. JP Morgan Chase stock | A | Dividend | K | T | Buy | 07/19/17 | J | | |
| 354. Vanguard Strategic Small Cap Fund | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 355. Amazon Inc stock | | None | K | T | Buy | 07/19/17 | K | | |
| 356. Chemical Bank ▭ Trust AGY (H) | A | Interest | N | T | | | | | |
| 357. Adrian MI City School Dist Bond 5/1/19 | A | Interest | | | Sold | 05/01/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Clark Cnty Nev Arpt Bond 7/1/20 | B | Interest | K | T | | | | | |
| 359. Fenton, MI Bond 5/1/2022 | A | Interest | K | T | | | | | |
| 360. Fidelity Inter Muni Inc Fund #036 | A | Dividend | K | T | | | | | |
| 361. Fidelity MI Muni Inc Fund #081 | A | Dividend | K | T | | | | | |
| 362. Illinois ST Agm Bond 1/1/21 | B | Interest | K | T | | | | | |
| 363. Kalamazoo MI School Bond 5/1/20 | A | Interest | | | Sold | 05/01/17 | K | A | |
| 364. MI ST Hosp Fin Bond 7/15/21 | B | Interest | | | Sold | 07/15/17 | L | | |
| 365. Manistique,MI Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 366. Bangor Mich Public Bond School 5/1/19 | A | Interest | K | T | | | | | |
| 367. Grandville, MI Bond 11/1/17 | A | Interest | | | Matured | 11/01/17 | K | | |
| 368. Green Oak Twp Mich Bond 11/1/19 | A | Interest | L | T | | | | | |
| 369. Green Oak Twp Mich Bond 11/1/21 | A | Interest | L | T | | | | | |
| 370. Grosse Pointe Woods Mich Bond11/1/17 | A | Interest | | | Matured | 11/01/17 | L | | |
| 371. Midland Cnty Mich Bond 8/1/17 | A | Interest | | | Matured | 08/01/17 | K | | |
| 372. Rapid River Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 373. Waterford Mich School Dist Bond 5/1/19 | A | Interest | K | T | | | | | |
| 374. Waterford Mich School Dist Bond 5/1/2022 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. White Cloud Mich Public Schools Bond 5/1/18 | A | Interest | K | T | | | | | |
| 376. White Cloud Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 377. Ypsilanti Mich Cmnty Utilities Bond 4/1/18 | A | Interest | L | T | | | | | |
| 378. Houghton-Portage MI Bond 5/1/23 | A | Interest | K | T | Buy | 06/28/17 | K | | |
| 379. Grand Rapids, MI Bond 5/1/17 | A | Interest | | | Buy | 02/22/17 | K | | |
| 380. | | None | | | Matured | 05/01/17 | K | | |
| 381. Wyoming, MI Bond 5/1/20 | | None | K | T | Buy | 11/30/17 | K | | |
| 382. Chemical Bank Savings | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Deleted all assets from 2016 report that had been sold or matured.
2. Lehman Brothers Bond Escrow (Line 115) is still held. Some principle has been returned, with the possibility of future repayment of principle.
3. Lines 37 & 38 Western Refining was purchased by Andeavor. Received .5233 units of Andeavor for each unit of Western Refining, transaction dated 6/1/17.
4. Line 239 FMI Intl Fund no longer meets reporting guidelines.
5. Line 184 no longer meets reporting guidelines.
6. Lines 185 & 186 All assets from the TD Ameritrade account (closed 12/22/17) moved to Merrill Lynch account (opened 5/26/17).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas L. Ludington**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544